IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS III,

    Petitioner,

v.

PETER HUIBREGTSE,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-805-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Chris J. Jacobs III for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for petitioner's failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).


_____      _1/27/11_
Peter Oppeneer, Clerk of Court         Date